■ LILLIAN KAHN et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ 93 PRINCE STREET CORPORATION, Appellant, v. SAMUEL WOLF, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ In the Matter of VARIOUS TENANTS OF 149–151 EAST 48 STREET, Respondents, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and J. P. C. REALTY CORP., Appellant.— Order unanimously reversed on the law and proceeding dismissed, with $20 costs and disbursements to appellant. (See *Asco Equities* v. *McGoldrick*, 285 App. Div. 381, affd. 309 N. Y. 738.) Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ In the Matter of DICMAC HOLDING Co., Respondent-Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Appellant-Respondent and TENANTS COMMITTEE OF 62–65 Saunders St., Intervenor-Appellant-Respondent.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ In the Matter of TROPHY HANDBAGS, INC., Respondent, against CRAFT INDUSTRIAL CASE CORP., Respondent and JOSEPH J. ANDREWS, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ U. S. COAL MINING SYNDICATE, INC., Respondent, v. COMMERCIAL COAL & COKE CORP., Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN UNION TELEGRAPH COMPANY, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents.— Final order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and McNally, JJ.

■ COLISEUM ESTATES, INC., Respondent, v. GULF OIL CORPORATION et al., Appellants.— Determination unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See *post*, p. 940.]

■ In the Matter of BARBARA PRESS, Appellant, against ALEXANDER A. FALK, as Director of New York State Department of Civil Service, et al., Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between KENYA CORPORATION, Respondent, and KALAN UNIFORM Co., INC., Appellant.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ EDWARD TOLSTOI, on His Own Behalf and on Behalf of All of the Stockholders of CONSOLIDATED LITHOGRAPHING CORP., Similarly Situated, and on Behalf of CONSOLIDATED LITHOGRAPHING CORP., Appellant, v. WALTER J. ASH et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.